IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2011

David J. Bradley, Clerk of Court

| | |
|---|---|
| Jo Tankers, A.S. and JO Tankers B.V., Plaintiff<br><br>V<br><br>HBG Logistics,L.L.C., HBG Agencies,Houston Becnel, Inc., Albert Garcia,Keith Buford, and Julian Howard | C.A.No. 4:11-cv-00938 |

## ORIGINAL ANSWER OF JULIAN HOWARD

1. Julian Howard admits that he is an individual residing in Texas.

2. Julian Howard denies each and every allegation set forth in paragraphs 1 – 17, unless otherwise contained herein.

Respectfully submitted

_____
Julian A Howard

## Certificate of Service

I, Julian Howard delivered a copy of this answer to Plaintiffs Attorney at Eastham, Watson, Dale & Forney, LLP
808 Travis, Suite 1300
Houston, Texas 77002, on April 7th ,2011 by fax @ 713-225-2907


_____
Julian A Howard


Contact Details:

16516 Air Center Blvd
Houston, Tx 77032

T: 281 209 3433